IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 06-00594 SOM |
| | ) | |
| Plaintiff-Appellee, | ) | ORDER REGARDING EXTENSION |
| | ) | OF TIME IN WHICH TO FILE |
| vs. | ) | APPEAL |
| | ) | |
| CHRISTOPHER NIU, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| _____ | ) | |

**ORDER REGARDING EXTENSION
OF  TIME IN WHICH TO FILE APPEAL**

The Ninth Circuit has filed an order stating that the Notice of Appeal that Defendant Christopher Niu filed was untimely.  The Ninth Circuit order further notes that Mr. Niu's Notice of Appeal was filed within 30 days of the deadline for filing a Notice of Appeal.  The Ninth Circuit asks this court to notify Mr. Niu that, under Rule 4(b)(4) of the Federal Rules of Appellate Procedure, Mr. Niu may ask this court to extend the time in which to appeal upon a showing of excusable neglect or good cause.

In light of the Ninth Circuit's order, this court invites Mr. Niu to file a document requesting an extension of the time in which to appeal and including a statement that shows that Mr. Niu's earlier failure to meet the Notice of Appeal deadline was the result of excusable neglect on his part or that there is good cause

justifying an extension.  This order does not limit the grounds that Mr. Niu may rely on in attempting to show excusable neglect or good cause.  To ensure that Mr. Niu understands the effect of filing an extension request, this court states that, if this court extends the appeal deadline by not more than 30 days from the original appeal deadline, the Ninth Circuit may decide to deem timely the Notice of Appeal Mr. Niu filed earlier.

If Mr. Niu does request an extension, he should place his request in the prison mail system no later than August 15, 2016.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 29, 2016.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

United States of America v. Christopher Niu, Cr. No. 06-00594 SOM
ORDER REGARDING EXTENSION OF TIME IN WHICH TO FILE APPEAL